FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
APR - 7 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:
DEPUTY

CHRISTENSEN JAMES & MARTIN
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com
wes@cjmlv.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

GLAZING HEALTH AND WELFARE FUND; SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; and GLAZIERS ORGANIZING FUND, by and through their designated fiduciary John Smirk; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; IUPAT INDUSTRY PENSION TRUST FUND, by and through its designated fiduciary Gary Meyers; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, DISTRICT COUNCIL 15, GLAZIERS LOCAL NO. 2001,

Plaintiffs,

vs.

Z-GLASS, INC., a Nevada corporation; ZETIAN SYSTEMS, INC., a Nevada corporation,

Defendants.

CASE NO.: 2:14-cv-00536-JCM-PAL

**STIPULATION AND CONSENT FOR ENTRY OF JUDGMENT BY CONFESSION**

2:14-ms-00027

The Plaintiffs, Trustees of the Glazing Health and Welfare Fund; Southern Nevada Glaziers and Fabricators Pension Trust Fund; Painters, Glaziers and Floorcoverers Joint Apprenticeship and Journeyman Training Trust; Painters, Glaziers and Floorcoverers Safety

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

Training Trust Fund; Glaziers Organizing Fund; Painters and Allied Trades Labor-Management Cooperation Initiative; IUPAT Industry Pension Trust Fund ("Trusts") and the International Union of Painters and Allied Trades, District Council 15, Glaziers Local No. 2001 ("Union") (collectively the "Plaintiffs"), acting by and through their attorneys, Christensen James & Martin, and the Defendants Z-Glass, Inc. and Zetian Systems, Inc. ("Defendants"), hereby Stipulate and Agree ("Stipulation") as follows:

1. This Stipulation and Order for Entry of Judgment by Confession is entered into by and between the Plaintiffs and Defendants to settle and conclude certain legal disputes relating to the payment of fringe benefit contributions, wages, liquidated damages, interest, audit costs and attorney's fees owed to the Plaintiffs by Defendants.

2. A Judgment by Confession shall be entered in favor of the Plaintiffs and against Defendants for the sum of Seventy Seven Thousand Two Hundred Forty One and 08/100 Dollars ($77,241.08), which sum includes all pre-judgment damages owed to the Plaintiffs, including all delinquent contributions, wages, interest, liquidated damages, attorney's fees and audit costs for the period January 1, 2010 through December 31, 2011 ("Audit Period").

3. This Stipulation is conditioned by certain and specific terms contained within the Judgment by Confession executed contemporaneously herewith and incorporated herein by this reference.

[SIGNATURES FOLLOW]

///
///
///
///
///
///
///

CHRISTENSEN JAMES & MARTIN

By: ______________________
Wesley J. Smith, Esq.
Nevada Bar No. 11871
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for Plaintiffs*

Date: MARCH 15, 2012.

Z-GLASS, INC.

By: ______________________

Its: Vice President

Date: ______________, 2012.

ZETIAN SYSTEMS, INC.

By: ______________________

Its: President

Date: ______________, 2012.

Approved as to form and content:

PEZZILLO LLOYD

By: ______________________
Jennifer R. Lloyd, Esq.
Nevada Bar No. 9617
6725 Via Austi Parkway, Suite 290
Las Vegas, Nevada 89119
Tel: (702) 233-4225
Fax: (702) 233-4252
*Attorneys for Defendants*

Date: March 13, 2013.

SUBMITTED BY:

CHRISTENSEN JAMES & MARTIN

By: ______________________
Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX (702) 255-0871

CHRISTENSEN JAMES & MARTIN
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com
wes@cjmlv.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

GLAZING HEALTH AND WELFARE FUND; SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; and GLAZIERS ORGANIZING FUND, by and through their designated fiduciary John Smirk; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; IUPAT INDUSTRY PENSION TRUST FUND, by and through its designated fiduciary Gary Meyers; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, DISTRICT COUNCIL 15, GLAZIERS LOCAL NO. 2001,

Plaintiffs,

vs.

Z-GLASS, INC., a Nevada corporation; ZETIAN SYSTEMS, INC., a Nevada corporation,

Defendants.

CASE NO.:

**JUDGMENT BY CONFESSION**

Pursuant to the express Stipulation and Consent for Entry of Judgment by Confession ("Stipulation"), it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The above-named Plaintiffs (hereinafter "Plaintiffs") shall take Judgment by Confession ("Judgment") against Defendants Z-Glass, Inc. and Zetian Systems, Inc. ("Defendants"), for the sum of Seventy Seven Thousand Two Hundred Forty One and 08/100 Dollars ($77,241.08) ("Judgment Amount"), which sum includes settlement of all known claims by Plaintiffs for fringe benefit contributions, wages, interest, liquidated damages, attorney's fees and audit costs for work performed during the period January 1, 2010 through December 31, 2011 ("Audit Period"). Interest shall accrue on the Judgment amount at the rate of seven percent (7%) per annum. This Judgment is not intended to, and it does not, resolve, address or secure claims that are as yet unknown to the Plaintiffs, including any claims that may later be revealed by Audit. The Plaintiffs specifically reserve all Audit rights.

2. The Judgment Amount, including interest on the declining Judgment balance and any after-accruing amount, shall be paid to Plaintiffs as third party beneficiaries under the terms of a written collective bargaining agreement ("Labor Agreement") between Z-Glass, Inc. and Glaziers Union Local No. 2001 ("Union") through eighteen (18) monthly installments, due on or before the fifteenth (15th) day of each month, as follows:

   a. Payments One (1) through Seventeen (17) shall be remitted to the Plaintiffs in the amount of $4,272.01 each, commencing on or before March 15, 2013 and on the fifteenth (15th) day of each month thereafter; and

   b. Payment Eighteen (18) shall be remitted to the Plaintiffs in the amount of $4,271.96 on or before August 15, 2014.

A summary schedule of the payments is attached as **Exhibit 1**. Subject only to the Defendants' right to cure under Paragraph 7, the final payment of all unpaid portions of the Judgment Amount, in the scheduled amount of $4,271.96 (which includes interest scheduled to accrue), shall be increased to include any after-accruing attorney's fees and collection costs incurred by Plaintiffs relating to this Judgment for collection of the amounts referenced herein, and shall be paid by the Defendants to Plaintiffs on or before August 15, 2014. The Defendants shall have

the right at any time to prepay the entire balance owed, or any portion thereof, without incurring a prepayment penalty.

3. Upon Plaintiffs' timely receipt and negotiation of payment of the amounts set forth in Paragraph 2 above and all obligations are fully performed, the amount of $4,445.51 shall be waived from the Judgment Amount ("Damages Waiver"), this Judgment will have been satisfied, and, upon receipt of a request therefor, Plaintiffs shall deliver to the Defendants a written Release and Satisfaction of Claims pertaining to this Judgment and the projects upon which Z-Glass' employees performed the labor underlying the claims during the Audit Period. The Stipulation and this Judgment shall be remain unfiled provided that payment in full is made by the Defendants in accordance with the terms of this Judgment.

4. The payments toward the Judgment Amount required herein shall be made payable to "Christensen James & Martin Special Client Trust Account" and shall be remitted to Plaintiffs' attorney, Christensen James & Martin, at 7440 W. Sahara Ave., Las Vegas, NV 89117, or to such other payee(s) or at such other location as the Defendants are notified in writing. Should any of Defendants' payments be returned for insufficient funds, all subsequent payments shall be made using cashier's checks or money orders.

5. In addition to paying the Judgment Amount as required by the foregoing terms and to the extent required by any applicable labor agreement, the Z-Glass shall timely pay all contributions that fall due while any portion of the Judgment Amount remains unpaid (i.e., for hours worked by Z-Glass' covered employees while the Judgment Amount is being paid). The Z-Glass shall remit a monthly report to the Plaintiffs listing hours worked by their covered employees, and shall submit a check to the Plaintiffs to pay contributions owed for such hours. The reports and payments shall be delivered to the Plaintiffs or their designee(s) on or before the 15th day of the month following the calendar month in which the covered hours of work listed on the reports are performed.

6. The following potential claims are reserved by the Plaintiffs: (i) any claims unrelated to the Judgment Amount, accruing before or after the effective date of this Judgment,

including, without limitation, claims by any of the Plaintiffs for additional contributions and related damages that may be due and owing to any of the Plaintiffs pursuant to the provisions of any collective bargaining agreement to which Defendants may be bound that requires the payment of contributions to the Plaintiffs; (ii) the obligation of the Defendants or any trade or business under common control of such Defendants (to the extent such Defendants or any trade or business under common control with such Defendants has any obligation) to pay, and the rights of the Plaintiffs to assess and collect, withdrawal liability pursuant to 29 U.S.C. § 1381 *et. seq.* (including the use of such Defendants' contribution history for purposes of calculating any withdrawal liability); (iii) all claims against any party not identified above as a Defendant; and (iv) any additional claims discovered by audit for any period.

7. Should the Defendants fail to satisfy any of the conditions in this Judgment, a written Notice of Default shall immediately be delivered to: Zetian Systems, Inc., Attn: Weina Zhang, 875 Island Dr. #178, Alameda, CA 94502. Each such Notice required to be sent shall result in an automatic late fee and collection charge of $150.00 (which will be applied as a credit against any attorney's fees and costs incurred as a result of the Default) to be paid in addition to any payment that Defendants have failed to pay and shall be paid immediately with the cure payment. If the Defendants thereafter fail to make the required payment(s) or otherwise fail to comply with the conditions of such paragraphs within ten (10) days of the date of such Notice, the Damages Waiver will be revoked and Plaintiffs shall have the unconditional and immediate right to file and execute upon the Judgment for whatever amount then remains due and owing, including after-accruing interest, attorney's fees and costs, without further notice to the Defendants or Order from the Court, and Plaintiffs shall also be entitled to pursue any licensing and/or surety bond issued to the Defendants for whatever amount then remains due and owing. In the event of Defendants' default and failure to cure, interest on any unpaid Judgment balance shall accrue at the rate of seven percent (7%) from the default date until paid in full.

8. Defendants shall forthwith execute and submit the Stipulation for Entry of Judgment by Confession, this Judgment and the first payment required under Paragraph 2(a) to

Plaintiffs' attorney on or before March 15, 2013. The Stipulation and this Judgment shall be considered one instrument and shall become binding upon execution. The Stipulation and Judgment may be signed in one or more counterparts and signatures provided via facsimile or scanned document shall be valid and shall be deemed the equivalent of original signatures.

9. Filing of and execution on the Stipulation and this Judgment shall be stayed through August 15, 2014, provided that payment in full is made by the Defendants in accordance with the terms of this Judgment.

10. During the period that the Defendants timely make the required payments and faithfully perform under this Judgment, the Plaintiffs shall stay claims against Bond Nos. 1879885, 1879886, and 1879855 issued to Defendants by Hanover Insurance Co. ("Bonds"). In the event of default, as described above in Paragraph 10, Defendants consent to the unconditional and immediate right of Plaintiffs to collect the proceeds of the Bonds for whatever amount then remains due and owing, including after-accruing interest, attorney's fees and costs, without further notice to the Defendants or Order from the Court.

11. Defendants have consulted the attorney of their choice and fully understand the obligations and consequences of this Judgment.

12. This Judgment constitutes the entire agreement between the Plaintiffs and the Defendants and shall supersede any and all prior oral and/or written representations, negotiations, understandings and agreements.

DATED and done this 9th day of January, 2015.

James C. Mahan

UNITED STATES DISTRICT COURT JUDGE

[signatures of the parties follow]

CHRISTENSEN JAMES & MARTIN

By: ______________________
Wesley J. Smith, Esq.
Nevada Bar No. 11871
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for Plaintiffs*

Date: March 15, 2012.

Z-GLASS, INC.

By: ______________________

Its: Vice President

Date: ______________, 2012.

ZETIAN SYSTEMS, INC.

By: ______________________

Its: President

Date: ______________, 2012.

Approved as to form and content:

PEZZILLO LLOYD

By: ______________________
Jennifer R. Lloyd, Esq.
Nevada Bar No. 9617
6725 Via Austi Parkway, Suite 290
Las Vegas, Nevada 89119
Tel: (702) 233-4225
Fax: (702) 233-4252
*Attorneys for Defendants*

Date: March 13, 2013

SUBMITTED BY:

CHRISTENSEN JAMES & MARTIN

By: ______________________
Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*

[Oath and Verification follow]

OATH AND VERIFICATION

STATE OF NEVADA )
: ss.
COUNTY OF CLARK )

Gregory J. Olin, as Vice President of Z-Glass, Inc., being first duly sworn upon oath, now verifies and declares that:

1. Entry of this Judgment by Confession, according to its provisions, is duly authorized; and

2. The monies due and owing and the basis for said Judgment are accurately set forth in the Stipulation and this Judgment.

Further you affiant sayeth naught.

______________________
as V.P. of Z-Glass, Inc..

Subscribed and Sworn before me this _____ day of ________, 2013.

______________________
Notary Public

OATH AND VERIFICATION

STATE OF NEVADA )
: ss.
COUNTY OF CLARK )

Gregory J. Olin, as President of Zetian Systems, Inc., being first duly sworn upon oath, now verifies and declares that:

1. Entry of this Judgment by Confession, according to its provisions, is duly authorized; and

2. The monies due and owing and the basis for said Judgment are accurately set forth in the Stipulation and this Judgment.

Further you affiant sayeth naught.

______________________
as President of Zetian Systems, Inc..

Subscribed and Sworn before me this _____ day of ________, 2013.

______________________
Notary Public